UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BRENDA KAYE AYTCH, )
         Plaintiff, )
          )
v. ) **JUDGMENT**
          )
          ) No. 4:20-CV-94-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security, )
         Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 10, 2021, it is ordered that defendant pay to plaintiff $5,750.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 10, 2021, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

August 10, 2021         PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk